## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MOYNA CUNNINGHAM**,

    *Plaintiff*,

    v.

                                Case No: **8:24-cv-02218-KKM-NHA**

**EQUIFAX INFORMATION
SERVICES, LLC,**

    *Defendant*.

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on February 26, 2025.

                                  /s/ *Bryan J. Geiger*
                                  Bryan J. Geiger
                                  Florida Bar Number: 119168
                                  Seraph Legal, P. A.
                                  2124 W Kennedy Blvd., Suite A
                                  Tampa, FL 33606
                                  (813) 321-2348
                                  BGeiger@SeraphLegal.com
                                  *Counsel for Plaintiff*