## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MOYNA CUNNINGHAM,**

*Plaintiff*,

**v.**                                                   **Case No. 8:24-cv-02218-KKM-NHA**

**EQUIFAX INFORMATION
SERVICES, LLC,**

*Defendants*.

_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Moyna Cunningham, and Defendant, Equifax Information Services, LLC, by and through their undersigned counsel, stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated March 18, 2025.

/s/ *Bryan J. Geiger*                         /s/    *Jason Daniel Joffe*
Bryan J. Geiger, Esq.                          Jason Daniel Joffe
Florida Bar No. 119168                         Florida Bar No. 0013564
Seraph Legal, P.A.                             Squire Patton Boggs (US) LLP
2124 W. Kennedy Blvd., Ste. A                  200 S. Biscayne Blvd., Suite 3400
Tampa, FL 33606                                Miami, FL 33131
BGeiger@Seraphlegal.com                        Telephone: (305) 577-7000
(813)-321-2348                                 Facsimile: (305) 577-7001
Counsel for Plaintiff                          Email:jason.joffe@squirepb.com
                                               Counsel for Defendant